Patrick G. Byrne, P.C.
Nevada Bar No. 7636
Bradley T. Austin, Esq.
Nevada Bar No. 13064
SNELL & WILMER LLP
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5201
Facsimile: (702) 784-5252
pbyrne@swlaw.com

Tyrone R. Childress, Esq.
Amanda P. Ellison, Esq.
(Admitted *Pro Hac Vice*)
JONES DAY
555 South Flower Street, Fiftieth Floor
Los Angeles, CA 90071
Telephone: (213) 489-3939
Facsimile: (213) 243-2539
tchildress@jonesday.com
apellison@jonesday.com

Jason B. Lissy, Esq.
(Admitted *Pro Hac Vice*)
JONES DAY
250 Vesey Street
New York, NY 10281-1047
Telephone: (212) 326-3939
Facsimile: (212) 755-7306
jlissy@jonesday.com

*Attorneys for Plaintiff Wynn Resorts, Limited*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WYNN RESORTS, LIMITED,<br><br>         Plaintiff,<br><br>    v.<br><br>FACTORY MUTUAL INSURANCE COMPANY,<br><br>         Defendant. | Case No. 2:21-cv-01230-CDS-EJY<br><br>**STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE FOR MOTION TO STAY CASE**<br><br>**(FIRST REQUEST)** |

As indicated in ECF No. 61, Wynn Resorts, Limited ("Plaintiff") filed its Motion to Stay Case and Enforcement of August 10th and August 14th Orders Pending Decision on Petition for Writ of Mandamus in the Nevada Supreme Court on August 17, 2023 (the "Motion").  As such, and pursuant to LR IA 6-1, 6-2, and LR 7-1, Plaintiff and Defendant Factory Mutual Insurance Company ("Defendant"), by and through their respective counsel of record, hereby stipulate and agree, and respectfully request that the Court order, as follows:

1. That Defendant shall have up to and including September 6, 2023 to file its Response to the Motion;
2. That Plaintiff shall have up to and including September 15, 2023 to file its Reply in Support of its Motion; and
3. That good cause exists to enter the foregoing briefing schedule, as it will allow the Parties and their respective counsel sufficient time to analyze and respond to the issues raised via the Motion.

/ / /

/ / /

/ / /

1   This stipulation is the Parties' first request for an extension of time concerning the briefing schedule
2   on the Motion and is made in good faith and not intended to cause delay.

3   Dated: August 22, 2023                        Respectfully submitted,

4   SNELL & WILMER LLP                    JONES DAY

6   By: /s/ *Bradley Austin*                      Tyrone R. Childress, Esq.
    Patrick G. Byrne, P.C.                      Amanda P. Ellison, Esq.
    Bradley T. Austin, Esq.                     (Admitted *Pro Hac Vice*)
7     3883 Howard Hughes Pkwy., Ste. 1100    555 South Flower Street, Fiftieth Floor
    Las Vegas, NV 89169                      Los Angeles, CA 90071

                                           Jason B. Lissy, Esq.
                                           (Admitted *Pro Hac Vice*)
                                           250 Vesey Street
                                           New York, NY 10281-1047

                                           *Attorneys for Plaintiff Wynn Resorts, Limited*

Dated: August 22, 2023                        Respectfully submitted,

WEINBERG, WHEELER, HUDGINS,       ROBINS KAPLAN LLP
GUNN & DIAL, LLC

By: /s/ *Ryan Gormley*                      Scott G. Johnson, Esq.
Ryan T. Gormley, Esq.                      (Admitted *Pro Hac Vice*)
Nevada Bar No. 13494                      800 LaSalle Ave., Suite 2800
South Rainbow Blvd., Suite 400            Minneapolis, MN 55402
Las Vegas, NV 89118

                                           *Attorneys for Defendant Factory Mutual Insurance Company*

                                           **ORDER**

                                           IT IS SO ORDERED.

                                           _____
                                           UNITED STATES MAGISTRATE JUDGE

                                           DATED: August 23, 2023

4856-6996-0826